```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

-------------------------------x
                               :
TRUSTEES of the I.U.P.A.T      :    Civ. No. 3:15CV00570(AWT)
DISTRICT COUNCIL #11 HEALTH    :
FUND, et al.                   :
                               :
v.                             :
                               :
TRUE LIGHT SYSTEMS, INC.       :    January 4, 2016
                               :
-------------------------------x
```

**ORDER FOR EXAMINATION AND NOTICE**

The Court has granted plaintiffs' Petition for Examination of Judgment Debtor. **[Doc. #18]** Plaintiffs seek a hearing on defendant True Light Systems, Inc.'s ability to pay the default judgment rendered against defendant. It is hereby:

**ORDERED** that the corporate representative of the Judgment Debtor, specifically **ROSEMARY FOSTER**, President of True Light Systems, Inc., of 41 Vanstone Avenue, Warwick, Rhode Island, 02889, appear before the District Court for the District of Connecticut, at 141 Church Street, New Haven, Connecticut, Courtroom Five, on the **4th day of February 2016 at 11:00 a.m.**, and then and there be examined under oath concerning True Light Systems, Inc.'s property and means of paying the Judgment described in the Petition.

The Court may make such orders at the hearing or thereafter that it determines to be reasonably calculated to facilitate

1

payment of the judgment. The defendant and its representative are advised that failure to appear before the Court at the scheduled time and place may result in the corporate representative and the defendant being held in Contempt of Court. **Failure to appear may result in the issuance of a Capias Writ for the arrest of the non-appearing defendant or representative.**

Plaintiffs are ordered to serve a copy of this Order on the judgment debtor on or before **January 15, 2016,** and to file a return of service with the Court on or before **January 22, 2016.**

SO ORDERED at New Haven this 4th day of January 2016.

         /s/
SARAH A. L. MERRIAM
UNITED STATES MAGISTRATE JUDGE